Michael P. Massad
Texas Bar No. 13164000
Andrew E. Jillson
Texas Bar No. 10666370
Lynnette R. Warman
Texas Bar No. 20867940
Cameron W. Kinvig
Texas Bar No. 24055780
**HUNTON & WILLIAMS LLP**
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
Telephone: (214) 979-3000
Telecopy: (214) 880-0011
ATTORNEYS FOR THE DEBTORS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **HOME INTERIORS & GIFTS,** | § | **Case No. 08-31961-11** |
| **INC., et al.** | § | |
| **a Texas Corporation,** | § | |
| | § | |
| **Debtors.[1]** | § | **JOINTLY ADMINISTERED** |

### NOTICE OF WITHDRAWAL OF NOTICE OF HEARING AND EXTENSION OF OBJECTION DEADLINES TO DEBTORS' FIRST AMENDED MOTION FOR AN ORDER AUTHORIZING THE IMPLEMENTATION OF THE HIG NON MANAGEMENT EMPLOYEE INCENTIVE PROGRAM AND DEBTORS' FIRST AMENDED MOTION FOR AN ORDER AUTHORIZING THE IMPLEMENTATION OF THE HIG MANAGEMENT INCENTIVE PROGRAM

**PLEASE TAKE NOTICE** that the **Hearings** on Debtor's First Amended Motion for an Order Authorizing the Implementation of the HIG Non-Management Employee Incentive Program and Debtor's First Amended Motion for an Order Authorizing the Implementation of

---

[1] The remaining debtors and debtors-in-possession include (i) Dallas Woodcraft Company, LLC, a Delaware Limited Liability Company, case no. 08-31960, (ii) DWC GP, LLC, a Delaware Limited Liability Company, case no. 08-31961 (iii) Titan Sourcing, LLC, a Delaware Limited Liability Company, case no. 08-31964, (iv) Laredo Candle Company, LLC a Texas Limited Liability Company, case no. 08-31965, (v) HIG Holdings, LLC, a Texas Limited Liability Company, case no. 08-41855, and (vi) Home Interiors de Puerto Rico, Inc., a Delaware

**NOTICE OF WITHDRAWAL OF NOTICE OF HEARING AND EXTENSION OF OBJECTION
DEADLINES TO DEBTORS' FIRST AMENDED MOTION FOR AN ORDER AUTHORIZING THE
IMPLEMENTATION OF THE HIG NON MANAGEMENT EMPLOYEE INCENTIVE PROGRAM
AND DEBTORS' FIRST AMENDED MOTION FOR AN ORDER AUTHORIZING THE
IMPLEMENTATION OF THE HIG MANAGEMENT INCENTIVE PROGRAM    Page 1**
73509.000002 EMF_US 26222917v1

the HIG Management Incentive Program that were scheduled for **September 18, 2008** at **9:00 a.m.**, local Dallas time, have been **Cancelled** and shall be rescheduled for a date to be determined.

**PLEASE TAKE FURTHER NOTICE** that the deadlines for parties to file and serve objections or responses to these Motions are accordingly extended indefinitely.

**PLEASE TAKE FURTHER NOTICE** that copies of the motions and pleadings listed above can be obtained by visiting the website of Kurtzman Carson Consultants LLC, claims and noticing agent to the Debtors, at **[http://www.kccllc.net/HIG]** or by calling 866-381-9100 to request email delivery of electronic versions.

      **Respectfully submitted,**

      **HUNTON & WILLIAMS LLP**

      By:  /s/ *Michael P. Massad, Jr.*
          Michael P. Massad, Jr.
          Texas Bar No. 13164000
          mmassad@hunton.com
          Andrew E. Jillson
          Texas Bar No. 10666370
          ajillson@hunton.com
          Lynnette R. Warman
          Texas Bar No. 20867940
          lwarman@hunton.com
          Cameron W. Kinvig
          Texas Bar No. 24055780
          ckinvig@hunton.com
      1445 Ross Avenue, Suite 3700
      Dallas, Texas 75202
      Telephone: (214) 979-3000
      Telecopy: (214) 880-0011

---

Corporation, case no. 08-31967.  The bankruptcy cases for all above-referenced debtors and debtors-in-possession are jointly administered under the bankruptcy case and style referenced above.

**NOTICE OF WITHDRAWAL OF NOTICE OF HEARING AND EXTENSION OF OBJECTION DEADLINES TO DEBTORS' FIRST AMENDED MOTION FOR AN ORDER AUTHORIZING THE IMPLEMENTATION OF THE HIG NON MANAGEMENT EMPLOYEE INCENTIVE PROGRAM AND DEBTORS' FIRST AMENDED MOTION FOR AN ORDER AUTHORIZING THE IMPLEMENTATION OF THE HIG MANAGEMENT INCENTIVE PROGRAM**                                **Page 2**

                                                           **ATTORNEYS FOR THE DEBTORS, AND DEBTORS IN POSSESSION**

---

**NOTICE OF WITHDRAWAL OF NOTICE OF HEARING AND EXTENSION OF OBJECTION DEADLINES TO DEBTORS' FIRST AMENDED MOTION FOR AN ORDER AUTHORIZING THE IMPLEMENTATION OF THE HIG NON MANAGEMENT EMPLOYEE INCENTIVE PROGRAM AND DEBTORS' FIRST AMENDED MOTION FOR AN ORDER AUTHORIZING THE IMPLEMENTATION OF THE HIG MANAGEMENT INCENTIVE PROGRAM**      **Page 3**

73509.000002 EMF_US 26222917v1