IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| Home Interiors & Gifts, Inc. | § | Case No. 08-31961 |
| a Texas Corporation | § | |
| *et al.*[1] | § | |
| Debtors. | § | (Jointly Administered) |

## NOTICE OF (A) ENTRY OF AN ORDER CONFIRMING THE FIRST AMENDED PLAN OF LIQUIDATION, AS MODIFIED AND (B) OCCURRENCE OF THE EFFECTIVE DATE

**TO ALL CREDITORS, EQUITY INTERST HOLDERS, AND OTHER PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that an order ("Confirmation Order") of the Honorable Barbara J. Houser, Chief United States Bankruptcy Judge, confirming the First Amended Plan of Liquidation, As Modified, dated March 17, 2010 (the "Plan") of Home Interiors & Gifts, Inc. and its affiliated debtors in the above-referenced chapter 11 cases (collectively, the "Debtors"), was entered in the United States Bankruptcy Court for the Northern District of Texas (the "Bankruptcy Court") on **May 28, 2010**. Unless otherwise defined in this notice, capitalized terms used herein shall have the meanings ascribed to them in the Plan and the Confirmation Order.

PLEASE TAKE FURTHER NOTICE that copies of the Confirmation Order, the Plan, and all related documents, are available for inspection in the office of the Clerk of the Bankruptcy Court at the United States Bankruptcy Court, Earle Cabell Building, U.S. Courthouse, 1100 Commerce Street – Room 1254, Dallas, TX 75242-1496. A copy of the Confirmation Order and the Plan can also be accessed: (a) via the Internet at http://www.kccllc.net/HIG; or (b) the Bankruptcy Court's website at www.txnb.uscourts.gov. To access documents on the Bankruptcy Court's website, you will need a PACER password and login, which can be obtained at http://www.pacer.psc.uscourts.gov.

PLEASE TAKE FURTHER NOTICE that the Effective Date of the Plan occurred on June 11, 2010.

PLEASE TAKE FURTHER NOTICE that upon the Effective Date, the terms of the Plan and the Confirmation Order are binding upon: the Debtors; the Trustee; the Creditor Trust Trustee; the Creditor Trust; all Persons acquiring or receiving property or a distribution under the Plan; any present or future holder of a Claim against or Equity Interest in the Debtors, whether or not the Claim or Equity Interest of such holder is impaired under the Plan and whether or not

---

[1] The remaining debtors include (i) Dallas Woodcraft Company, LLC, Case No. 08-31960; (ii) DWC GP, LLC, Case No. 08-31961; (iii) Titan Sourcing, LLC, Case No. 08-31964; (iv) Laredo Candle Company, LLC, Case No. 08-31965; (v) HIG Holdings, LLC, Case No. 08-41855; and (vi) Home Interiors de Puerto Rico, Inc., Case No. 08-31967.

such Claim or Equity holder has accepted the Plan; any other party in interest; any person making an appearance in the case; any entity receiving notice of the chapter 11 proceedings; and, any heirs, successors, assigns, trustee, executors administrators, affiliates, directors, agents, representatives, attorneys, beneficiaries or guardians of the foregoing.

PLEASE TAKE FURTHER NOTICE THAT all pleadings and notices in connection with the deadlines and matters set forth below or in any way related to the Plan or the Confirmation Order must be served upon the following parties (the "Notice Parties"):

| to the Trustee: | with copies to: |
|---|---|
| Mr. Dennis S. Faulkner<br>Lain, Faulkner & Co., P.C.<br>400 N. St. Paul, Suite 600<br>Dallas, Texas 75201 | Michael A. McConnell<br>Kelly, Hart & Hallman L.L.P.<br>201 Main Street, Suite 2500<br>Fort Worth, TX 76102 |
| to the Creditor Trust Trustee: | with copies to: |
| Mr. Dennis S. Faulkner<br>Lain, Faulkner & Co., P.C.<br>400 N. St. Paul, Suite 600<br>Dallas, Texas 75201 | Raymond Urbanik<br>Munsch Hardt Kopf & Harr PC<br>3800 Lincoln Plaza<br>500 North Akard<br>Dallas, Texas 75201 |

PLEASE TAKE FURTHER NOTICE that pursuant to the Plan, and except as otherwise provided in the Plan, all applications for the allowance of Administrative Claims incurred or accrued after December 31, 2009, and all notices related thereto must be filed with the Court and served in accordance with the Plan no later than **July 12, 2010**. The failure of such holder to timely and properly file and serve such application and notice by such date shall result in such Administrative Claim being forever barred and discharged.

PLEASE TAKE FURTHER NOTICE that pursuant to the Plan, each Professional who holds or asserts an Administrative Claim that is a Fee Claim for compensation for services rendered and reimbursement of expenses incurred prior to the Effective Date, shall be required to file and serve a Fee Application in accordance with the Plan no later than **July 12, 2010**, and the failure to timely and properly file and serve a Fee Application as required under the Plan shall result in the Fee Claim being forever barred and discharged.

PLEASE TAKE FURTHER NOTICE that pursuant to the Plan, any Claim for damages arising from the rejection of an executory contract or unexpired lease by the Plan (solely as a result of a rejection effectuated by the Plan) must be evidenced by a proof of claim filed with the Court and served upon the Creditor Trust Trustee no later than **July 12, 2010**, and any holder of a rejection damage Claim who fails to file and serve a proof of claim on or before said deadline shall be deemed to have waived such Claim in full, and such Claim shall be forever barred, disallowed and discharged.

Dated: June 14, 2010                    Respectfully submitted,

                                        /s/ *Nancy Ribaudo*
                                        Michael A. McConnell
                                        Texas Bar I. D. 13447300
                                        Nancy L. Ribaudo
                                        Texas Bar I. D. 24026066
                                        Kelly Hart & Hallman LLP
                                        201 Main Street, Suite 2500
                                        Fort Worth, Texas 76102
                                        Telephone:    817-332-2500
                                        Facsimile:    817-878-9280

                                        **COUNSEL FOR THE CHAPTER 11 TRUSTEE**

1145739v1